# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kennedy, Anthony M. | U.S. Supreme Court | 05/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

One First Street, N.E.
Washington, D.C. 20543

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | McGeorge School of Law, University of the Pacific |
| 2. | Member, Board of Trustees | Colonial Williamsburg Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Anthony M. | 05/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. July | McGeorge School of Law, University of the Pacific (teaching) | $12,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Annenberg Foundation | January 29-February 3 | Palm Springs, CA and Miami, FL | Seminar on Civics and teaching | Lodging, food, and transportation from DC to Palm Springs; Palm Springs to Miami, and return. Prorated with John's Island Club (self/spouse) |
| 2. | John's Island Club | February 5-February 6 | Palm Springs, CA and Miami, FL | Speaking | Lodging, food, and transportation from DC to Palm Springs;Palm Springs to Miami;return. Prorated with Annenberg Foundation (self/spouse) |
| 3. | Colonial Williamsburg, William & Mary | April 7-April 9 | Williamsburg, VA | Attend meetings and teaching | Lodging and food (self/spouse) |
| 4. | Colonial Williamsburg | April 24-26 | Williamsburg, VA | Attend Board meetings | Lodging and food. (self/spouse) |

| | | | | |
|---|---|---|---|---|
| 5. | Hellenic Law Society of Northern California | June 26-29 | San Francisco, California | Speaking | Lodging and transportation from Washington, DC to California and return (self/spouse) |
| 6. | University of the Pacific | July 3-July 23 | Salzburg, Austria; San Francisco, CA; and Aspen, CO | Teaching and Speaking | Lodging food and tranportation DC; Austria; San Francisco; Aspen; return. Prorated with the Aspen Institute (self/spouse) |
| 7. | Aspen Institute | July 3-July 23 | Salzburg, Austria; San Francisco, CA; and Aspen, CO | Teaching and Speaking | Lodging, food, and transportation DC; Austria;San Francisco;Aspen; retun. Prorated with U of the Pacific. (self/spouse) |
| 8. | University of Miami | August 22-August 27 | Miami, FL | Teaching | Transportation from Washington, DC to Miami, FL and return (self/spouse) |
| 9. | University of the Pacific | September 5-17 | Sacramento, CA; San Francisco, CA | Teaching and Speaking | Transportation, food, lodging prorated with the University of CA Berkeley and the Academy of Achivement (self/spouse) |
| 10. | University of Califormia Berkeley | September 5-17 | Sacramento, CA; San Francisco, CA | Teaching and Speaking | Transportation, food, lodging prorated with the University of the Pacific and the Academy of Achivment. (self/spouse) |
| 11. | Academy of Achivement | September 5-17 | Sacramento, CA; San Francisco, CA | Teaching and Speaking | Transportation, food, lodging prorated with the University of the Pacific and the University of California Berkeley. (self/spouse) |
| 12. | National Constitution Center | Septembet 21-September 22 | Philidelphia, PA | Speaking | Lodging and food. (self/spouse) |
| 13. | Colonial Williamsburg | November 21-November 23 | Williamsburg, VA | Attend Board meetings | Lodging and food. (self/spouse) |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Anthony M. | 05/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Anthony M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cash in PNC Bank | B | Interest | O | T | | | | | |
| 2. John Hancock Life Insurance Company (whole life policy) | A | Dividend | L | T | | | | | |
| 3. Metropolitan Life Ins. (whole life policy) | A | Dividend | K | T | | | | | |
| 4. New England Life Ins. Co. (whole life policy) | A | Dividend | K | T | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Anthony M. | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments and Trusts, Line 2, Purpose: Life insurance policy issued by Genworth Financial Life and Annuity was exchanged for life insurance policy issued by John Hancock Life Insurance Company. Exchange was completed on June 3, 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Anthony M. Kennedy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544